SINGER CASHMAN LLP
  Benjamin L. Singer (SBN 264295)
  bsinger@singercashman.com
  Evan N. Budaj (SBN 271213)
  ebudaj@singercashman.com
505 Montgomery Street, Suite 1100
San Francisco, CA  94111
Telephone:   (415) 500-6080
Facsimile:    (415) 500-6080

*Attorneys for Defendants Salient Motion, Inc., Aidan Jenkins, and Vishaal Mali*

BURKE, WILLIAMS & SORENSON LLP
Albert Tong (SBN 208439)
atong@bwslaw.com
Craig A. Kisylia (SBN 325702)
ckisylia@bwslaw.com
1999 Harrison St., Ste. 1650
Oakland, CA 94612
Telephone: (510) 273-8780
Facsimile:  (510) 839-9104
*Attorney for Defendant Kai Yin*

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDURIL INDUSTRIES, LLC, a Delaware Corporation,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>SALIENT MOTION INC., a Delaware corporation, KAI YIN, an individual, AIDAN JENKINS, an individual, and VISHAAL MALI, an individual,<br><br>　　　　　Defendants. | CASE NO. 8:23-CV-1650-JVS-KES<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS THE COMPLAINT**<br><br>Hearing Date:  January 29, 2024<br>Hearing Time:  1:30 p.m.<br>Courtroom:  Courtroom 10C<br><br>Trial: None Set<br><br>Hon. James V. Selna |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Defendants Salient Motion Inc., Aidan Jenkins, Vishaal Mali, and Kai Yin (collectively, "Defendants"), by and through their undersigned counsel, hereby move this Court, on January 29, 2024 at 1:30 p.m. or as soon thereafter as may be heard, for the dismissal of claims 1-5, 7, and 12-16 of Anduril's Complaint under FRCP 12(b)(6). *See* Dkt. No. 31.

This Motion is based on this Notice of Motion, the attached Memorandum of Law, the proposed Order, the pleadings on file in this action, and such other and further materials or argument as may be presented to the Court at or before a hearing on this Motion.

This Motion is made following the conference of counsel pursuant to L.R. 7-23 which took place on November 3, 2023.

Date: December 15, 2023

Respectfully submitted,

SINGER CASHMAN LLP

By: ___/s/ Benjamin L. Singer___
Benjamin L. Singer
Evan Budaj

Attorneys for Defendants Salient Motion Inc., Aidan Jenkins, and Vishaal Mali

Date: December 15, 2023

Burke, Williams & Sorenson, LLP

By: ___/s/ Albert Tong___
Albert Tong
Craig A. Kisylia

Attorney for Defendant Kai Yin

## **Attestation Regarding Signatures**

Pursuant to Local Rule 5-4.3.4(a)(2), I, Benjamin L. Singer, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Date:  December 15, 2023          */s/ Benjamin L. Singer*
                                   Benjamin L. Singer

DEFENDANTS' MOTION TO DISMISS COMPLAINT
CASE NO. 8:23-CV-1650-JVS-KES