UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| ANDURIL INDUSTRIES, INC., a Delaware corporation,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>SALIENT MOTION INC., a Delaware corporation, KAI YIN, an individual, AIDAN JENKINS, an individual, and VISHAAL MALI, an individual,<br><br>　　　　Defendants. | Case No. 8:23−cv−01650 JVS (KES)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS SALIENT MOTION, AIDAN JENKINS, AND VISHAAL MALI FROM THE COMPLAINT AND MOTION TO DISMISS CROSS-COMPLAINT IN ITS ENTIRETY [70]**<br><br>Judge: Hon. James V. Selna |
| SALIENT MOTION INC., a Delaware corporation,<br><br>　　　　Counterclaim-Plaintiff,<br><br>　vs.<br><br>ANDURIL INDUSTRIES, INC., a Delaware corporation,<br><br>　　　　Counterclaim-Defendant. | Hearing Date: August, 26, 2024<br>Hearing Time: 1:30PM<br>Courtroom: Courtroom: 10C |

McKool Smith, P.C.
Los Angeles, CA

# ORDER

Before the Court is Plaintiff, Anduril Industries, Inc. ("Anduril") and Defendants Salient Motion Inc., Aidan Jenkins, and Vishaal Mali (collectively, "Settling Defendants") Joint Motion to Dismiss Salient Motion, Aidan Jenkins, and Vishaal Mali from the Complaint and Motion to Dismiss the Cross-Complaint in its Entirety ("Joint Motion").

Having reviewed and considered the Joint Motion, the Court hereby **ORDERS** that Defendants Salient Motion Inc., Aidan Jenkins, and Vishaal Mali are hereby dismissed from this action, with prejudice. The Court also hereby **ORDERS** the Counterclaim on file in this action is dismissed, with prejudice. The Court hereby **ORDERS** the Clerk of the Court to administratively remove the Settling Defendants from this action and remove the counterclaim asserted with it.

The Court vacates the August 26, 2024, hearing.

**IT IS SO ORDERED.**

Date: August 23, 2024

_____
HON. JAMES V. SELNA