Makenna Miller (SBN 329244)
mmiller@mckoolsmith.com
**MCKOOL SMITH, P.C.**
300 South Grand Avenue, Suite 2900
Los Angeles, California 90071
Telephone: (213) 694-1200

Nicholas Matich (pro hac vice)
nmatich@mckoolsmith.com
**MCKOOL SMITH, P.C.**
1999 K Street, NW, Suite 600
Washington, DC 20006
Telephone: (202) 370-8300

*Attorneys for Plaintiff Anduril Industries, LLC*

*Additional counsel listed in signature blocks*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| ANDURIL INDUSTRIES, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SALIENT MOTION INC., a Delaware corporation, KAI YIN, an individual, AIDAN JENKINS, an individual, and VISHAAL MALI, an individual,<br><br>Defendants. | Case No. 8:23−cv−01650 JVS (KES)<br><br>**JOINT MOTION TO DISMISS THIS ACTION WITH PREJUDICE**<br><br>Judge: Hon. James V. Selna |
| SALIENT MOTION INC., a Delaware corporation,<br><br>Counterclaim-Plaintiff,<br><br>vs.<br><br>ANDURIL INDUSTRIES, INC., a Delaware corporation,<br><br>Counterclaim-Defendant. | Hearing Date: December 16, 2024<br>Hearing Time: 1:30PM<br>Courtroom: Courtroom: 10C |

JOINT MOTION TO DISMISS

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff, Anduril Industries, Inc. ("Anduril") and remaining Defendant Kai Yin ("Yin"), by and through their undersigned counsel, hereby jointly move this Court, on December 16, 2024 at 1:30 p.m. or as soon thereafter as may be heard, for the dismissal of the action with prejudice, pursuant to Federal Rule of Civil Procedure 41.

This Motion is based on this Notice of Motion, the following Memorandum of Law, the proposed Order, the pleadings on file in this action, and such other and further materials or argument as may be presented to the Court at or before a hearing on this Motion.

DATED: November 15, 2024

Respectfully submitted,
MCKOOL SMITH, P.C.

By: */s/ Makenna Miller*

Makenna Miller (SBN 329244)
mmiller@mckoolsmith.com
MCKOOL SMITH, P.C.
300 South Grand Ave., Suite 2900
Los Angeles, California 90071
Telephone: (213) 694-1200

Nicholas Matich (pro hac vice)
nmatich@mckoolsmith.com
MCKOOL SMITH, P.C.
1999 K Street, NW, Suite 600
Washington, DC 20006
Telephone: (202) 370-8300

Gary Cruciani (pro hac vice)
gcruciani@mckoolsmith.com
MCKOOL SMITH, P.C.
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000

*Attorneys for Plaintiff Anduril Industries, LLC*

DATED: November 15, 2024

Respectfully submitted,

By: */s/ Albert Tong*

Albert Tong
MAYNARD NEXSEN LLP
Two Embarcadero Center
San Francisco, CA 94111
Email: atong@maynardnexsen.com
Telephone: 415.704.7433

*Attorneys for Defendant Kai Yin*

McKool Smith, P.C.
Los Angeles, CA

**Memorandum of Points and Authorities**

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiff Anduril Industries, LLC ("Anduril") and remaining Defendant, Kai Yin ("Yin") by and through their undersigned counsel, hereby jointly move to dismiss this action, with prejudice.

Anduril and Yin agree that each party shall bear their own respective attorneys' fees and costs of suit. Anduril and Yin respectfully request that the Clerk of the Court administratively close this action.

DATED: November 15, 2024

Respectfully submitted,
MCKOOL SMITH, P.C.

By: */s/ Makenna Miller*

Makenna Miller (SBN 329244)
mmiller@mckoolsmith.com
MCKOOL SMITH, P.C.
300 South Grand Ave., Suite 2900
Los Angeles, California 90071
Telephone: (213) 694-1200

Nicholas Matich (pro hac vice)
nmatich@mckoolsmith.com
MCKOOL SMITH, P.C.
1999 K Street, NW, Suite 600
Washington, DC 20006
Telephone: (202) 370-8300

Gary Cruciani (pro hac vice)
gcruciani@mckoolsmith.com
MCKOOL SMITH, P.C.
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000

*Attorneys for Plaintiff Anduril Industries, LLC*

DATED: November 15, 2024

By: */s/ Albert Tong*

Albert Tong
MAYNARD NEXSEN LLP
Two Embarcadero Center
San Francisco, CA 94111
Email: atong@maynardnexsen.com
Telephone: 415.704.7433

*Attorneys for Defendant Kai Yin*

## **LOCAL RULE 5-4.3.4(a)(2)(i) AUTHORIZATION**

I, Makenna Miller, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: November 15, 2024        */s/ Makenna Miller*

Makenna Miller