JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| ANDURIL INDUSTRIES, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SALIENT MOTION INC., a Delaware corporation, KAI YIN, an individual, AIDAN JENKINS, an individual, and VISHAAL MALI, an individual,<br><br>Defendants. | Case No. 8:23−cv−01650 JVS (KES)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS ACTION IN ITS ENTIRETY [74]**<br><br>Judge: Hon. James V. Selna |
| SALIENT MOTION INC., a Delaware corporation,<br><br>Counterclaim-Plaintiff,<br><br>vs.<br><br>ANDURIL INDUSTRIES, INC., a Delaware corporation,<br><br>Counterclaim-Defendant. | Hearing Date: December 16, 2024<br>Hearing Time: 1:30PM<br>Courtroom: Courtroom: 10C |

McKool Smith, P.C.
Los Angeles, CA

**ORDER**

Before the Court is Plaintiff, Anduril Industries, Inc. ("Anduril") and Defendant Kai Yin's Joint Motion to Dismiss the above-captioned action in its entirety ("Joint Motion").

Having reviewed and considered the Joint Motion, the Court hereby **ORDERS** the Complaint on file in this action to be dismissed with prejudice. The Court hereby **ORDERS** the Clerk of the Court to administratively close the action.

**IT IS SO ORDERED.**

Dated: November 20, 2024

_____
HON. JAMES V. SELNA